B6F (Official Form 6F) (12/07)

In re **Charles T. Beird**, Case No. **09-38386**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. # 2326309-00/2447022-000 <br><br> **Advocate Condell Medical Center** <br> **97169 Eagle way** <br> **Chicago, IL 60678-9710** | | - | | | | X | 1,348.75 |
| Account No. **Account # 81604219 Invoice # A** <br><br> **Aetna** <br> **P.O Box 0824** <br> **Carol Stream, IL 60132-0824** | X | - | | | | X | 1,128.40 |
| Account No. **File # 001390547** <br><br> **Aetna-Walgreens** <br> **PO Box 402299** <br> **Atlanta, GA 30384-2299** | | - | | | | X | 239.28 |
| Account No. **30647439001/002/003/004** <br><br> **Associated Bank** <br> **c/o Levenfeld & Perlstein** <br> **2 N. LaSalle St., Suite 1300** <br> **Chicago, IL 60602** | X | - | The amount noted is approximate and does not include interest that has accrued (Lawsuit) | | | X | 8,143,317.93 |

__14__ continuation sheets attached

Subtotal (Total of this page) **8,146,034.36**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037  S/N:23645-091012  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles T. Beird**, Debtor

Case No. **09-38386**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Lease Pinehurst Homes** <br><br> **Beth Corporation** <br> **Hilltop Executive Center** <br> **1590 S. Milwaukee Ave** <br> **Libertyville, IL 60048** | X | - | | | | X | **Unknown** |
| Account No. **Balloon Storage** <br><br> **Big Sky Balloon** <br> **17320 S. Delia Ave.** <br> **Plainfield, IL 60586** | X | - | | | | X | **900.00** |
| Account No. **Act# 1000919356** <br><br> **BMW - Finanical Services** <br> **PO Box 78066** <br> **Phoenix, AZ 85062-8066** | X | - | | | | | **9,960.32** |
| Account No. **Act # 529107174956XXXX** <br><br> **Capital One - Master Card** <br> **PO Box 30281 Salt Lake City** <br> **Salt Lake City, UT 84130-0281** | | - | | | | | **2,212.00** |
| Account No. **Act # 00130-0343, 2603 Clear C** <br><br> **Clearwater Springs Townhome** <br> **c/o Vanguard** <br> **P.O. Box 61955** <br> **Phoenix, AZ 85082-1955** | X | - | | | | X | **1,045.08** |

Sheet no. **1** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **14,117.40**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles T. Beird**, Case No. **09-38386**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **00161-2400, 6800** <br><br> **Clearwater Springs Townhome** <br> **c/o Vanguard** <br> **P.O. Box 61955** <br> **Phoenix, AZ 85082-1955** | X | - | **Clear Creek Dr., Lot 1023** | | | X | 4,234.56 |
| Account No. **Burt Act # 396104/160587** <br><br> **Coleman Flooring Company** <br> **1331 Davis Road** <br> **Elgin, IL 60123** | X | - | **Lawsuit** | | | X | 39,943.92 |
| Account No. **1539797 and Others** <br><br> **Condell Medical Center** <br> **Certified Service** <br> **P.O.Box 177** <br> **Waukegan, IL 60079-0177** | | - | | | | X | 26,029.91 |
| Account No. **Act # 2081872001/2083636** <br><br> **Condell Medical Center** <br> **97169 Eagle Way** <br> **Chicago, IL 60678-9710** | | - | | | | X | 20,811.65 |
| Account No. **427573** <br><br> **Condell Pathology Group Ltd.** <br> **5393 Payspire ctr** <br> **Chicago, IL 60674** | | - | | | | X | 42.00 |

Sheet no. **2** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **91,062.04**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles T. Beird**, Case No. **09-38386**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **95764397** <br><br> **Cook County Recorder of Deeds** <br> **118 N Clark Room 230** <br> **Chicago, IL 60602** | | - | | | | | 1,031.00 |
| Account No. **5416025001/6015001/6020001** <br><br> **Dam, Snell & Taveirne, Ltd** <br> **21 Rollins Rd** <br> **Fox Lake, IL 60020** | X | - | | | | X | 34,200.00 |
| Account No. <br><br> **David Schwab** <br> **175 East Hawthorne, Suite 345** <br> **Vernon Hills, IL 60061** | X | - | **The amount noted is approximate and does not include interest that has accrued** | | | X | Unknown |
| Account No. <br><br> **David Schwab** <br> **175 East Hawthorne, Suite 345** <br> **Vernon Hills, IL 60061** | X | - | **The amount noted is approximate and does not include interest that has accrued** | | | X | Unknown |
| Account No. **Act # 32943** <br><br> **David Vigder, MD** <br> **800 N. Westmoreland, Suite 206** <br> **Lake Forest, IL 60045** | | - | | | | X | 195.00 |

Sheet no. **3** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **35,426.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles T. Beird**, Case No. **09-38386**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Dirtwerks Excavating Inc**<br>**P.O. Box 1905**<br>**Highland Park, IL 60035-7905** | X | - | **Lawsuit (08 SC 5752)** | | | X | 3,252.00 |
| Account No. **8277** <br><br>**Dr. Kadowaki**<br>**6216 59th ave.**<br>**Kenosha, WI 53142** | | - | | | | X | 901.25 |
| Account No. <br><br>**Edward Hines Lumber**<br>**(7503 w. 56th ST**<br>**Summit, IL 60501** | X | - | **Lawsuit** | | | X | 36,553.21 |
| Account No. **Lot 1023 Construction, Land Lo** <br><br>**First Midwest Bank**<br>**300 Hunt Club Road**<br>**Gurnee, IL 60031** | X | - | | | | X | 171,727.22 |
| Account No. **Lot 34 Construction, Land Loan** <br><br>**First Midwest Bank**<br>**300 Hunt Club Road**<br>**Gurnee, IL 60031** | X | - | | | | X | 210,961.39 |

Sheet no. __4__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     423,395.07

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles T. Beird**, Case No. **09-38386**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, and Account Number | Codebtor | H/W/J/C | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. **Lot 235 Construction, Land Loa**<br>**First Midwest Bank**<br>**300 Hunt Club Road**<br>**Gurnee, IL 60031** | X | - | | | | X | 213,260.60 |
| Account No.<br>**First Midwest Bank**<br>**300 Hunt Club Road**<br>**Gurnee, IL 60031** | | - | | | | | 140,589.26 |
| Account No. **FFRSMTO7681261299**<br>**FST Financial Resources**<br>**209 W. Central St., Suite 107**<br>**Natick, MA 01760** | | - | | | | | 375.00 |
| Account No. **Invoice # 39872, 37384, 38071**<br>**Gould & Ratner**<br>**222 N. LaSalle St., Suite 800**<br>**Chicago, IL 60601** | X | - | | | | X | 19,000.00 |
| Account No.<br>**Hinsdale Bank & Trust**<br>**c/o Keith A. Chadwick, Esq.**<br>**223 W. Jackson Blvd., Suite 1010**<br>**Chicago, IL 60606** | X | - | **Lawsuits** | | | X | Unknown |

Sheet no. **5** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **373,224.86**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles T. Beird**, Case No. **09-38386**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **VS083390429 and Others** <br><br> **Illinois Tollway** <br> **Violation Administration Center 27** <br> **Downers Grove, IL 60515-1703** | - | | | | | X | **59,358.40** |
| Account No. <br><br> **IndyMac Federal Bank, FSB** <br> **c/o Ira T. Nevel, Esq.** <br> **175 North Franklin, Suite 201** <br> **Chicago, IL 60606** | J | | **Lawsuit** | | | X | **Unknown** |
| Account No. **5AR1657** <br><br> **Kane County Court** <br> **540 S Randall Rd.** <br> **Geneva, IL 60134** | - | | | | | | **16,520.00** |
| Account No. **LCA-6082238** <br><br> **Lake County Anesthesioloist Ltd** <br> **PO Box 70** <br> **Lake Forest, IL 60045** | - | | | | | X | **761.00** |
| Account No. **797645-572459** <br><br> **Lake County Radiology Assoc.** <br> **PO Box 6074** <br> **River Forest, IL 60305-6074** | - | | | | | X | **270.00** |

Sheet no. __6__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **76,909.40**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles T. Beird**, Case No. **09-38386**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 64087836<br><br>Lake Forest Hospital<br>660 N. Westmoreland Rd<br>Lake Forest, IL 60045 | | - | | | | X | 25.00 |
| Account No. 3AN61965<br><br>LVNV Funding LLC<br>P.O. Box 10584<br>Greenville, SC 29603 | | - | | | | X | 90.00 |
| Account No. MAD321830<br><br>Madison Radiologist<br>PO Box 44269<br>Madison, WI 53744-4269 | | - | | | | X | 265.00 |
| Account No. 64858400 Ref# 038/MSG 64858400<br><br>Malcolm S. Gerald & Assoc., Inc<br>3323 S. Michigan Ave.<br>Chicago, IL 60604 | | - | | | | X | 150.00 |
| Account No. RE: Masco Contractors Services<br><br>Masco Contractors<br>The Anderson Group<br>3409 North Hullen Street, Suite 200<br>Metaire, LA 70002 | X | - | | | | X | 936.92 |

Sheet no. __7__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,466.92**

In re **Charles T. Beird**, Case No. **09-38386**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **861-2-0003597259** <br><br> **Midwest Dianostic Pathology, SC** <br> **75 Remittence Dr. Suite 3070** <br> **Chicago, IL 60675** | - | | | | | X | **66.08** |
| Account No. **Charles Beird** <br><br> **Molloy Chiropratic Center** <br> **201 A Route 45** <br> **Vernon Hills, IL 60061** | - | | | | | X | **135.00** |
| Account No. **Act# 8788915** <br><br> **Montgomery Ward** <br> **2269 S. Sawmill River Rd.** <br> **Building 3** <br> **Elmsford, NY 10523** | - | | | | | X | **202.44** |
| Account No. **# 351058 Cust # 840** <br><br> **National Account System of Madison** <br> **PO Box 44207** <br> **Madison, WI 53744-4207** | - | | | | | X | **265.00** |
| Account No. <br><br> **New Century Town Condo Ass.** <br> **c/o Jordan I. Shifrin** <br> **750 Lake Cook Road, suite 350** <br> **Buffalo Grove, IL 60089** | - | | | | | X | **Unknown** |

Sheet no. **8** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **668.52**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles T. Beird**, Case No. **09-38386**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **83-10952774 Ref# 11398627 #833** <br><br> **Northeastern Radiologist** <br> **PO Box 1010** <br> **Tinnley Park, IL 60477-9110** | | - | | | | X | 62.66 |
| Account No. **Act# 75374963** <br><br> **Northshore University Health System** <br> **1350 E. Touhy Ave. Suite 100E** <br> **Des Plaines, IL 60018-3307** | | - | | | | X | 935.75 |
| Account No. **Act# 12303236-7289** <br><br> **Northshore University Health System** <br> **514 Market Loop, Suite 103** <br> **West Dundee, IL 60118** | | - | | | | X | 975.75 |
| Account No. **NQ A0206073AAC** <br><br> **Northshore Univesity Health System** <br> **9851 Eagle way** <br> **Chicago, IL 06067-8001** | | - | | | | X | 257.00 |
| Account No. <br><br> **Parksite Inc** <br> **c/o Nickolaou, Michaels, & Evans** <br> **7503 W. 56th St.** <br> **Summit, IL 60501** | X | - | **Lawsuit (09 SC 3729)** | | | X | 8,258.92 |

Sheet no. **9** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 10,490.08

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles T. Beird**, Case No. **09-38386**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Parksite, Inc.**<br>**Goodman Law Group**<br>**700 Commerce Dr., Suite 500**<br>**Oak Brook, IL 60523** | X | - | | | | X | **Unknown** |
| Account No. **Re: 200330894 Aspen Falls LLC**<br>**Pedersen & Houpt**<br>**161 North Clark Street**<br>**Chicago, IL 60601** | X | - | | | | X | **6,394.00** |
| Account No. **109648**<br>**Pediatric Allergy Assoc.**<br>**P.O. Box 78038**<br>**Milwaukee, WI 53278-0338** | | - | | | | X | **183.00** |
| Account No. **Act # 50005409XXXX**<br>**Peoples Gas**<br>**130 E. Randolph St.**<br>**Chicago, IL 60601** | | - | | | | | **50.00** |
| Account No. **Invoice # 39811, 947.50, 38070**<br>**Ralph, Schwab & Schiever. Chtd**<br>**175 E. Hawthorn Parkway, Suite 345**<br>**Vernon Hills, IL 60061** | X | - | | | | X | **82,400.00** |

Sheet no. **10** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **89,027.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles T. Beird**, Case No. **09-38386**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert and Bernadette Freeman**<br>**535 Park Avenue**<br>**River Forest, IL 60305** | X | - | **The amount noted is approximate and does not include interest that has accrued** | | | X | **Unknown** |
| Account No.<br><br>**Robert and Bernadette Freeman**<br>**535 Park Avenue**<br>**River Forest, IL 60305** | X | - | **The amount noted is approximate and does not include interest that has accrued** | | | X | **Unknown** |
| Account No.<br><br>**Robert and Theresa Grzby**<br>**0N711 Marion Avenue**<br>**Wheaton, IL 60187** | X | - | **The amount noted is approximate and does not include interest that has accrued** | | | X | **Unknown** |
| Account No.<br><br>**Robert and Theresa Grzby**<br>**0N711 Marion Avenue**<br>**Wheaton, IL 60187** | X | - | **The amount noted is approximate and does not include interest that has accrued** | X | | X | **Unknown** |
| Account No. **154034/06330070/0625200084**<br><br>**Saint Claire Hospital**<br>**c/o Paskin & Oberwetter**<br>**PO Box 151**<br>**Madison, WI 53701-0151** | | - | | | | X | **4,110.84** |

Sheet no. **11** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,110.84**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles T. Beird**, Case No. **09-38386**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Schain, Burney, Ross & Citron 222 N. LaSalle St. Suite 1102 Chicago, IL 60601-1102 | X | - | **Legal Fees** | | | X | 82,660.05 |
| Account No. **2954**  Shore Ctr for Gastroenterology c/o Richard J. Kaplow 808 Rockfeller Building Cleveland, OH 44113-1368 | | - | | | | X | 3,650.00 |
| Account No.  Smart Enterprises, Inc. 235 East Grand Avenue Fox Lake, IL 60020 | X | - | **Lawsuit** | | | X | 86,000.00 |
| Account No. **110097-4475**  Steven Hoffenberg DDS 264 Hawthorn Village Commons Vernon Hills, IL 60061 | | - | | | | X | 415.95 |
| Account No. **Act # 00130-0343, and Others**  The Mirage Homeowners Association PO Box 61955 Phoenix, AZ 85082-1955 | X | - | | | | X | 4,410.00 |

Sheet no. **12** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **177,136.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles T. Beird**, Case No. **09-38386**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **DCN# 09107102832** <br><br> **Unicare- Orion Anesthesia** <br> **P O Box 4458** <br> **Chicago, IL 60680-4458** | | - | | | | X | **980.00** |
| Account No. **529921** <br><br> **Vernon Dental Care** <br> **(Certified Services, Inc.** <br> **P.O.Box 177** <br> **Waukegan, IL 60079-0177** | | - | | | | X | **166.95** |
| Account No. <br><br> **Vincent Alspach** <br> **705 11th Street, Suite 416** <br> **Wilmette, IL 60091** | X | - | The amount noted is approximate and does not include interest that has accrued | | | X | **Unknown** |
| Account No. **Act # 899-1782463-2354-1** <br><br> **Waste Management of Illinois** <br> **P.O. Box 4648** <br> **Carol Stream, IL 60197-4648** | X | - | | | | X | **600.00** |
| Account No. <br><br> **William Sanscrainte** <br> **152 North Fiore** <br> **Vernon Hills, IL 60061** | X | - | The amount noted is approximate and does not include interest that has accrued | | | X | **20,000.00** |

Sheet no. **13** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **21,746.95**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Charles T. Beird**, Case No. **09-38386**
　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>William Sanscrainte<br>152 North Fiore<br>Vernon Hills, IL 60061 | X | - | The amount noted is approximate and does not include interest that has accrued | | | X | 10,000.00 |
| Account No. 12331-35069<br>WRI Investments, III<br>C/O Weyerhaeuser Realty Investors<br>14725 SE 36th Street, Suite 401<br>Bellevue, WA 98006 | X | - | The amount noted is approximate and does not include interest that has accrued (Lawsuit) | | | | 2,740,010.04 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **14** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　**2,750,010.04**

Total (Report on Summary of Schedules)　**12,214,825.48**